IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VERTEX PHARMACEUTICALS INCORPORATED,<br><br>      Plaintiff,<br><br>    v.<br><br>SUN PHARMACEUTICAL INDUSTRIES LIMITED,<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 20-988 (RGA) (CJB)<br>) CONSOLIDATED<br>)<br>)<br>)<br>) |

## STIPULATION TO EXTEND TIME

WHEREAS, the parties seek additional time to search for and produce documents and request a commensurate extension for the substantial completion and service of privilege logs;

IT IS HEREBY STIPULATED AND AGREED, subject to the Court's approval, that the deadline for substantial completion of document production is extended from November 17, 2022 to December 19, 2022, and the deadline for substantial completion and service of privilege logs is extended from December 8, 2022 to January 9, 2023.

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | KRATZ & BARRY LLP |
| */s/ Derek J. Fahnestock* | */s/ R. Touhey Myer* |
| Jack B. Blumenfeld (#1014)<br>Derek J. Fahnestock (#4705)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jblumenfeld@morrisnichols.com<br>dfahnestock@morrisnichols.com | R Touhey Myer (#5939)<br>800 North West Street<br>Wilmington, DE 19801<br>(302) 527-9378<br>tmyer@kratzandbarry.com |
| *Attorneys for Plaintiff Vertex Pharmaceuticals Incorporated* | *Attorneys for Defendants Aurobindo Pharma Limited and Aurobindo Pharma U.S.A., Inc.* |
| OF COUNSEL: | OF COUNSEL: |
| Dimitrios T. Drivas<br>Alison Hanstead<br>Mila Owen<br>WHITE & CASE LLP<br>1221 Avenue of the Americas<br>New York, NY 10020<br>(212) 819-8200 | Timothy H. Kratz<br>George J. Barry III<br>KRATZ & BARRY LLP<br>1050 Crown Pointe Parkway, Suite 500<br>Atlanta, GA 30338<br>(404) 431-6600 |
| C. Sebastian Zonte<br>WHITE & CASE LLP<br>555 South Flower Street, Suite 2700<br>Los Angeles, CA 90071<br>(213) 620-7700 | Michael P. Hogan<br>KRATZ & BARRY LLP<br>325 Chestnut Street, Suite 876, #259<br>Philadelphia, PA 19106<br>(917) 216-8585 |

| | |
|---|---|
| MURPHY & LANDON | HEYMAN ENERIO GATTUSO & HIRZEL LLP |
| /s/ Francis J. Murphy | /s/ Dominick T. Gattuso |
| Francis J. Murphy (#223)<br>Jonathan L. Parshall (#3247)<br>1011 Centre Road, Suite 210<br>Wilmington, DE 19805<br>(302) 472-8103<br>fmurphy@msllaw.com<br>jonp@msllaw.com | Dominick T. Gattuso (#3630)<br>300 Delaware Avenue, Suite 200<br>Wilmington, DE 19801<br>(302) 472-7300<br>dgattuso@hegh.law |
| *Attorneys for Defendants Lupin Limited and Lupin Pharmaceuticals, Inc.* | *Attorneys for Defendant Sun Pharmaceutical Industries Limited* |
| OF COUNSEL: | OF COUNSEL: |
| Keith D. Parr<br>James T. Peterka<br>Nina Vachhani<br>Jacob C. Britz<br>Amy M. Lange<br>LOCKE LORD LLP<br>111 South Wacker Drive<br>Chicago, IL 60606<br>(312) 443-0700 | Charles B. Klein<br>Jovial Wong<br>Sharon Lin<br>WINSTON & STRAWN LLP<br>1901 L Street, NW<br>Washington, DC 20036<br>(202) 282-5000 |

November 10, 2022

SO ORDERED this _____ day of November, 2022.

_____
The Honorable Christopher J. Burke
UNITED STATES MAGISTRATE JUDGE