IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VERTEX PHARMACEUTICALS INCORPORATED,<br><br>      Plaintiff,<br><br>v.<br><br>SUN PHARMACEUTICAL INDUSTRIES LIMITED,<br><br>      Defendant. | C.A. No. 20-988-RGA-CJB<br>**CONSOLIDATED**<br>(21-1019-RGA-CJB) |

## DECLARATION OF DR. HIMANSHU GODBOLE

I, Dr. Himanshu Godbole, declare as follows:

1. I am the Vice President of the Intellectual Property Management Group at Lupin Limited. In such a capacity, I am fully familiar with the facts contained herein.

2. I submit this declaration in support of Lupin Limited's and Lupin Pharmaceuticals, Inc.'s (collectively, "Lupin") request to redact: (i) portions of Exhibits 8 and 9 accompanying Vertex's letter brief in support of its motion to compel testimony pursuant to Fed. R. C. P. 30(b)(6) ("Vertex's Letter Brief"); and (ii) portions of Exhibit E accompanying Lupin's letter brief in opposition to Plaintiff's motion to compel testimony pursuant to Fed. R. C. P. 30(b)(6) ("Lupin's Opposition Letter"). If asked to do so, I could and would testify competently to the matters contained herein.

3. Lupin has redacted a set of specific information relating to its ANDA, and, specifically, the proprietary formulation contained in its ANDA, in Exhibits 8 and 9 accompanying Vertex's Letter Brief and Exhibit E accompanying Lupin's Opposition Letter ("Protected Information"). Lupin maintains this Protected Information in confidence and has shared it with Plaintiff only

under the highest level of confidence to be viewed only by those persons authorized under a protective order entered in the above referenced action to view it. In light of the highly competitive pharmaceutical marketplace, this Protected Information is not otherwise disseminated to the public. There is little, if any, public interest in disclosing this competitively sensitive Protected Information that pertains to the proprietary formulation contained in Lupin's ANDA.

4.  If this Protected Information is made public, Lupin could suffer a clearly defined, substantial and specific harm, including, but not limited to, financial damage, business damage, damage to commercial standing, and/or other irreparable harm. Competitors would improperly and unfairly benefit from the disclosure of the Protected Information and would likely use it to enhance their market or negotiation position and cause Lupin to lose its competitive advantage in the highly competitive generic pharmaceutical marketplace. Accordingly, Lupin has a legitimate interest in protecting this information from disclosure, which warrants redaction of this information, and a clearly defined injury will occur to Lupin if the Protected Information in Exhibits 8 and 9 accompanying Vertex's Letter Brief and Exhibit E accompanying Lupin's Opposition Letter is not redacted.

5.  This request is the least restrictive alternative because Lupin seeks to redact a very limited set of non-public information contained in Exhibits 8 and 9 accompanying Vertex's Letter Brief and Exhibit E accompanying Lupin's Opposition Letter that relates to Lupin's ANDA, and, specifically, the formulation contained in Lupin's ANDA.

6.  Accordingly, Lupin respectfully requests that the Court grant this narrow request to redact portions of Exhibits 8 and 9 accompanying Vertex's Letter Brief and Exhibit E

accompanying Lupin's Opposition Letter as submitted concurrently herewith.

I hereby declare under penalty of perjury that the foregoing is true and correct.

Dated: April 17, 2023

_____

Dr. Himanshu Godbole