

JONATHAN L. PARSHALL
DIRECT DIAL: 302- 472-8106
JONP@MSLLAW.COM

April 17, 2023

The Honorable Richard G. Andrews
J. Caleb Boggs Federal Building
844 North King Street
Wilmington, DE 19801-3555

Re:   Vertex Pharmaceuticals Incorporated v. Sun Pharmaceutical Industries Limited
      C.A. No. 20-988 (RGA)

Dear Judge Andrews:

    We write this letter on behalf of Defendants Lupin Limited and Lupin Pharmaceuticals, Inc. (collectively "Lupin") to request redactions to portions of Lupin's Exhibit E accompanying Lupin's letter brief in opposition to plaintiff's motion to compel testimony pursuant to Fed. R. Civ. P. 30(b)(6) (D.I. 161-1) as submitted concurrently herewith.

    We submit herewith a declaration signed by Dr. Himanshu Godbole, Vice President of the Intellectual Property Management Group at Lupin Limited, in support of these proposed redactions to Lupin's Exhibit E as well as proposed forthcoming redactions to plaintiff's Exhibits 8 and 9 to plaintiff's letter brief in support of its motion to compel testimony pursuant to Fed. R. Civ. P. 30(b)(6) (D.I.159-1).

                            Respectfully submitted,

                            /s/ Jonathan L. Parshall

                            Jonathan L. Parshall, Esq. Bar ID 3247

00284098.1