IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| VERTEX PHARMACEUTICALS INCORPORATED, <br><br> Plaintiff, <br><br> v. <br><br> SUN PHARMACEUTICAL INDUSTRIES LIMITED, et al., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 20-988 (RGA) (CJB) <br> CONSOLIDATED |
| VERTEX PHARMACEUTICALS INCORPORATED, <br><br> Plaintiff, <br><br> v. <br><br> LUPIN LIMITED and LUPIN PHARMACEUTICALS, INC., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 21-1019 (RGA) (CJB) |
| VERTEX PHARMACEUTICALS INCORPORATED, <br><br> Plaintiff, <br><br> v. <br><br> LUPIN LIMITED and LUPIN PHARMACEUTICALS, INC., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 23-581 (RGA) (CJB) |

**STIPULATION AND [PROPOSED] ORDER**

Pursuant to Federal Rule of Civil Procedure 41(a)(2), IT IS HEREBY STIPULATED, by and between the undersigned, as follows:

1. The Court has jurisdiction over the subject matter of this action and over the parties.

2. The above-captioned actions for patent infringement were brought by Plaintiff Vertex Pharmaceuticals Incorporated ("Vertex") against Defendants Lupin Limited and Lupin Pharmaceuticals, Inc. (together, "Lupin") for infringement of United States Patent Nos. 10,646,481 ("the '481 patent") and 11,564,916 ("the '916 patent").

3. On July 13, 2021, Vertex brought a first patent infringement suit against Lupin ("First Lupin Action") based on Vertex's receipt of notice from Lupin that it had filed Abbreviated New Drug Application ("ANDA") No. 216074 with the United States Food and Drug Administration ("FDA") containing a certification pursuant to 21 U.S.C. § 355(j)(2)(A)(vii)(IV) directed to the '481 patent and seeking approval to market a generic version of Vertex's Kalydeco® products, which are 150 mg ivacaftor tablets ("the Lupin Product").

4. On May 26, 2023, Vertex brought a second patent infringement suit against Lupin ("Second Lupin Action") arising from the amendment of Lupin's ANDA No. 216074, seeking approval to commercially market the Lupin Product prior to the expiration of the '916 patent.

5. The First Lupin Action was consolidated with *Vertex Pharmaceuticals Incorporated v. Sun Pharmaceutical Industries Limited*, Civil Action No. 1:20-cv-00988 (RGA)(CJB) on September 24, 2021 and the Second Lupin Action was consolidated with *Vertex Pharmaceuticals Incorporated v. Sun Pharmaceutical Industries Limited*, Civil Action No. 1:20-cv-00988 (RGA)(CJB) on July 10, 2023.

6. The parties have entered into a settlement and license agreement with respect to Vertex's claims. Lupin will not make, have made, use, offer for sale, or sell the Lupin Product in the United States except as provided for in the parties' settlement and license agreement.

7. Vertex and Lupin stipulate that all claims, counterclaims and defenses in the above-entitled action are dismissed without prejudice and without costs or attorneys' fees to any party.

8. This Court retains jurisdiction over Vertex and Lupin for purposes of enforcing the terms of this Stipulation and Order and the settlement and license agreement.

9. This Stipulation and Order shall not act as an adjudication on the merits.

10. The Clerk of the Court is directed to enter this Stipulation and Order forthwith.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | MURPHY & LANDON |
|---|---|
| /s/ *Derek J. Fahnestock* | /s/ *Francis J. Murphy* |
| Jack B. Blumenfeld (#1014)<br>Derek J. Fahnestock (#4705)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jblumenfeld@morrisnichols.com<br>dfahnestock@morrisnichols.com<br><br>*Attorneys for Plaintiff Vertex Pharmaceuticals Incorporated* | Francis J. Murphy (#223)<br>Jonathan L. Parshall (#3247)<br>1011 Centre Road, Suite 210<br>Wilmington, DE 19805<br>(302) 472-8103<br>fmurphy@msllaw.com<br>jonp@msllaw.com<br><br>*Attorneys for Defendants Lupin Limited and Lupin Pharmaceuticals, Inc.* |

November 22, 2023

SO ORDERED this 27 day of November, 2023.

/s/ Richard G. Andrews
UNITED STATES DISTRICT JUDGE