IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| VERTEX PHARMACEUTICALS INCORPORATED, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 20-988 (RGA) (CJB) |
| SUN PHARMACEUTICAL INDUSTRIES LIMITED, et al. | ) ) ) ) | **CONSOLIDATED** |
| Defendants. | ) ) | |

| | | |
|---|---|---|
| VERTEX PHARMACEUTICALS INCORPORATED, | ) ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) ) | C.A. No. 22-728 (RGA) |
| AUROBINDO PHARMA LIMITED and AUROBINDO PHARMA USA, INC., | ) ) ) | |
| Defendants. | ) ) | |

| | | |
|---|---|---|
| VERTEX PHARMACEUTICALS INCORPORATED, | ) ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) ) | C.A. No. 23-582 (RGA) |
| AUROBINDO PHARMA LIMITED and AUROBINDO PHARMA USA, INC., | ) ) ) | |
| Defendants. | ) ) | |

**STIPULATION AND [PROPOSED] ORDER**

Pursuant to Federal Rule of Civil Procedure 41(a)(2), IT IS HEREBY STIPULATED, by and between the undersigned, as follows:

1. The Court has jurisdiction over the subject matter of this action and over the parties.

2. The above-captioned actions for patent infringement were brought by Plaintiff Vertex Pharmaceuticals Incorporated ("Vertex") against Defendants Aurobindo Pharma Limited and Aurobindo Pharma USA, Inc. (together, "Aurobindo") for infringement of United States Patent Nos. 10,646,481 (the "'481 patent") and 11,564,916 (the "'916 patent").

3. On June 2, 2022, Vertex brought a first patent infringement suit against Aurobindo ("First Aurobindo Suit") based on Vertex's receipt of notice from Aurobindo that it had filed Abbreviated New Drug Application ("ANDA") No. 217086 with the United States Food and Drug Administration ("FDA") containing a certification pursuant to 21 U.S.C. § 355(j)(2)(A)(vii)(IV) directed to the '481 patent and seeking approval to market a generic version of Vertex's Kalydeco® products, which are 150 mg ivacaftor tablets ("the Aurobindo Product").

4. On May 26, 2023, Vertex brought a second patent infringement suit against Aurobindo ("Second Aurobindo Suit") arising from the amendment of Aurobindo's ANDA No. 217086, seeking approval to commercially market the Aurobindo Product prior to the expiration of the '916 patent.

5. The First Aurobindo Action was consolidated with *Vertex Pharmaceuticals Incorporated v. Sun Pharmaceutical Industries Limited*, Civil Action No. 1:20-cv-00988 (RGA)(CJB) on July 29, 2022 and the Second Aurobindo Action was consolidated with *Vertex Pharmaceuticals Incorporated v. Sun Pharmaceutical Industries Limited*, Civil Action No. 1:20-cv-00988 (RGA)(CJB) on July 10, 2023.

6. The parties have entered into a settlement and license agreement with respect to Vertex's claims. Aurobindo will not make, have made, use, offer for sale, or sell the Aurobindo Product in the United States except as provided for in the parties' settlement and license agreement.

7. Vertex and Aurobindo stipulate that all claims, counterclaims and defenses in the above-entitled action are dismissed without prejudice and without costs or attorneys' fees to any party.

8. This Court retains jurisdiction over Vertex and Aurobindo for purposes of enforcing the terms of this Stipulation and Order and the settlement and license agreement.

9. This Stipulation and Order shall not act as an adjudication on the merits.

10. The Clerk of the Court is directed to enter this Stipulation and Order forthwith.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | KRATZ & BARRY LLP |
|---|---|
| */s/ Derek J. Fahnestock* | */s/ R Touhey Myer* |
| Jack B. Blumenfeld (#1014)<br>Derek J. Fahnestock (#4705)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jblumenfeld@morrisnichols.com<br>dfahnestock@morrisnichols.com<br><br>*Attorneys for Plaintiff Vertex Pharmaceuticals Incorporated* | R Touhey Myer (#5939)<br>800 N. West Street<br>Wilmington, DE 19801<br>(302) 527-9378<br>tmyer@kratzandbarry.com<br><br>*Attorneys for Defendants Aurobindo Pharma Limited and Aurobindo Pharma USA, Inc.* |

November 30, 2023

**IT IS HEREBY SO ORDERED.**

Dated: 12/1/2023

/s/ Richard G. Andrews
THE HONORABLE RICHARD G. ANDREWS
United States District Judge
District of Delaware

3